IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GREGORY SCOTT HENDERSON                                                                        PLAINTIFF

v.                                      Case No. 6:13-cv-06147

SHERIFF DAVID NORWOOD;
NATHAN GREELEY; TERRY WEST;
DOUG WOODS; and RAY HOBBS                                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 23). Judge Bryant recommends that Defendant's Motion to Dismiss Pursuant to Local Rule 5.5(c)(2) (ECF No. 20) be granted and Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice on the grounds that Plaintiff has failed to comply with the Federal Rules of Civil Procedure and Local Rules and failed to prosecute this matter. Further, Defendant Hobb's Motion to Dismiss (ECF no. 17) be denied as moot.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation *in toto*. Accordingly, Defendant's Motion to Dismiss (ECF No. 20) is **GRANTED**. Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**. Defendant's Motion to Dismiss (ECF No. 17) is **DENIED** as moot.

**IT IS SO ORDERED**, this 30th day of March, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge